IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| TERRANCE LEE FORD | § | |
| VS. | § | CIVIL ACTION NO. 4:12cv763 |
| DIRECTOR, TDCJ-CID | § | |

<u>FINAL JUDGMENT</u>

The Court having considered petitioner's case and rendered its decision by opinion issued this same date, it is hereby **ORDERED** that the petition for writ of habeas corpus is **DISMISSED** with prejudice.

**SIGNED this 14th day of December, 2015.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE